

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>                                              PLAINTIFF<br><br>v.<br><br>TUC QUANG TRAN,<br><br><br><br>                                              DEFENDANT(S). | CASE NUMBER<br><br>8:20-CR-00084-DOC-02<br><br>**ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT** |
|---|---|

   Upon motion of <u>Defendant</u>, IT IS ORDERED that a detention hearing is set for <u>August 21</u>, <u>2020</u>, at <u>10:00</u> ☒ a.m. / ☐ p.m. before the Honorable <u>Karen E. Scott</u>, in Courtroom <u>10D</u>.

   Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
   *(Other custodial officer)*

Dated: 8-14-2020

_____
U.S. District Judge/Magistrate Judge

KAREN E. SCOTT